```
Cris C. Vaughan, Esq., SBN  99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA  95650
Telephone:  916-660-9401
Facsimile:  916-660-9378

Attorney for Charter Propeties V, LLC

Scott N. Johnson, Esq., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC
5150 Fair Oaks Boulevard, Suite 101
PMB #253
Carmichael, CA  95608
Telephone:  916-485-3516
Facsimile:  916-481-4224

Attorney for Plaintiff Scott N. Johnson
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson, | ) Case No. **2:11-cv-01162-WBS-JFM** |
| Plaintiff, | ) STIPULATION RE: EXTENSION OF TIME UNTIL JUNE 30, 2011 FOR DEFENDANTS TO RESPOND TO |
| vs. | ) COMPLAINT AND [~~PROPOSED~~] ORDER |
| Charter Properties V, LLC | ) |
| Defendants. | ) |

Pursuant to Local Rule 144, Plaintiff Scott N. Johnson and Defendant, Charter Properties V, LLC, by and through their respective attorneys of record, Scott N. Johnson and Cris C. Vaughan, stipulate as follows:

    1. No extension of time has been previously obtained.

STIPULATION RE: EXTENSION OF TIME - 1

2. This Defendant is granted an extension until June 30, 2011 to respond or otherwise plead to Plaintiff's complaint.

3. This Defendant's response will be due no later than June 30, 2011.

IT IS SO STIPULATED effective as of June 14, 2011.

Dated:   June 14, 2011          /s/ Cris C. Vaughan          
                                Cris C. Vaughan,
                                Attorney for Defendant,
                                Charter Properties V.,
                                LLC

Dated:   June 16, 2011          /s/ Scott N. Johnson____
                                Scott N. Johnson
                                Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

Dated:   June 16, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE